IN THE MATTER OF THE APPLICATION OF THE DEPARTMENT OF PUBLIC PARKS TO ACQUIRE TITLE TO CERTAIN LANDS FOR A MILITARY PARADE GROUND.

*Chap.* 628, *Laws of* 1871 —*Lands to be used for military purposes* — *Department of public parks* — *power of, to discontinue proceedings for the acquisition of.*

Under chapter 628, Laws of 1871, the department of public parks and the major-general commanding the first division N. G. S. N. Y., laid out a public place for a parade ground in the city of New York, and filed maps showing the extent and location of such public place.   Subsequently, upon the application of the commissioners of the department of public parks, made in pursuance of chapter 697, Laws of 1867, and chapters 628 and 290, Laws of 1871, commissioners of estimate and assessment were appointed by this court, who entered upon the discharge of their duties.   Before any report was made by them, a resolution was adopted by the commissioners of public parks, discontinuing the proceedings instituted to acquire title to the lands.   *Held,* that a motion to compel the commissioners of estimate and assessment to make their report and complete their proceedings in the matter, was properly denied.   The commissioners of public parks possess the power to discontinue the proceedings at any time before the confirmation of the report of the commissioners of estimate and assessment.

APPEAL from an order denying a motion made to compel the commissioners of estimate and assessment to show cause why they should not forthwith make their report and complete their proceedings in this matter.

*Wm. R. Martin* and *Henry E. Davies,* for the appellants.

*George P. Andrews,* for the respondents.

Opinion by DANIELS, J.

DAVIS, P. J., and BARRETT, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.